AO 10
Rev. 1/2017

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2016

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| MOLLWAY, SUSAN O. | District of Hawaii | 12/14/2017 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. District Judge, Senior | ☐ Nomination Date<br>☐ Initial ☑ Annual ☐ Final<br>5b. ☑ Amended Report | 01/01/2016<br>to<br>12/31/2016 |

**7. Chambers or Office Address**

United States District Court
300 Ala Moana Boulevard, #C409
Honolulu, HI 96850

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ **NONE** *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ **NONE** *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MOLLWAY, SUSAN O. | 12/14/2017 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MOLLWAY, SUSAN O. | 12/14/2017 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MOLLWAY, SUSAN O. | 12/14/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Hawaii State Federal Credit Union common stock | A | Interest | J | T | | | | | |
| 2. Columbia Life Insurance (Note Part VIII) | | None | | | | | | | |
| 3. First Hawaiian Bank | A | Interest | J | T | | | | | |
| 4. U.S. Savings Bond Series EE | A | Interest | J | T | | | | | |
| 5. EV Worldwide (IRA #1) | A | Dividend | | | Sold | 02/09/16 | J | A | |
| 6. Blackrock Equity (IRA #1) | A | Dividend | | | Sold | 02/09/16 | J | A | |
| 7. Blackrock Global Long Short Credit Fund CL C (IRA #1) | A | Dividend | | | Sold | 02/09/16 | J | A | |
| 8. Consumer Discretionary SPDR (XLY) (IRA #1) | A | Dividend | J | T | Buy | 02/09/16 | J | | |
| 9. | | | | | Buy | 02/16/16 | J | | |
| 10. | | | | | Sold (part) | 05/18/16 | J | A | |
| 11. Health Care Select SPDR (XLV) (IRA #1) | A | Dividend | J | T | Buy | 02/09/16 | J | | |
| 12. | | | | | Sold (part) | 05/18/16 | J | A | |
| 13. | | | | | Sold (part) | 06/22/16 | J | A | |
| 14. Ishares Inc. Core MSCI Emerging Markets ETF (IEMG) (IRA #1) | A | Dividend | J | T | Buy | 02/09/16 | J | | |
| 15. | | | | | Buy | 05/19/16 | J | | |
| 16. | | | | | Sold (part) | 06/22/16 | J | A | |
| 17. | | | | | Sold (part) | 09/23/16 | J | A | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MOLLWAY, SUSAN O. | 12/14/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Ishares Iboxx $ (LQD) (IRA #1) | A | Dividend | J | T | Buy | 02/09/16 | J | | |
| 19. | | | | | Buy | 06/22/16 | J | | |
| 20. Ishares MBS ETF (MBB) (IRA #1) | A | Dividend | J | T | Buy | 02/09/16 | J | | |
| 21. | | | | | Buy | 05/18/16 | J | | |
| 22. | | | | | Buy | 09/23/16 | J | | |
| 23. DELETE (Note Part VIII) | | | | | | | | | |
| 24. DELETE | | | | | | | | | |
| 25. DELETE | | | | | | | | | |
| 26. Ishares MSCI EAFE (EFA) (IRA #1) | A | Dividend | J | T | Buy | 02/09/16 | J | | |
| 27. | | | | | Sold (part) | 05/18/16 | J | A | |
| 28. | | | | | Buy | 06/22/16 | J | | |
| 29. Ishares 3-7 Year Treasury Bond ETF (IEI) (IRA #1) | A | Dividend | J | T | Buy | 02/09/16 | J | | |
| 30. | | | | | Buy | 06/22/16 | J | | |
| 31. Ishares Tips Bond ETF (TIP) (IRA #1) | A | Dividend | J | T | Buy | 02/09/16 | J | | |
| 32. | | | | | Buy | 06/22/16 | J | | |
| 33. Market Vectors J.P. (IRA #1) | A | Dividend | | | Buy | 02/09/16 | J | | |
| 34. | | | | | Sold | 05/12/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MOLLWAY, SUSAN O. | 12/14/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Materials Select Sector SPDR Fund (XLB) (IRA #1) | A | Dividend | J | T | Buy | 02/09/16 | J | | |
| 36. Powershares Global Exch Traded FD TR (PCY) (IRA #1) (Note Part VIII) | A | Dividend | J | T | Buy | 02/09/16 | J | | |
| 37. | | | | | Buy | 06/22/16 | J | | |
| 38. Powershares Preferred (PGX) (IRA #1) | A | Dividend | J | T | Buy | 02/09/16 | J | | |
| 39. | | | | | Buy | 05/18/16 | J | | |
| 40. Real Estate Select SPDR FD SHS (XLRE) (IRA #1) | A | Dividend | J | T | Buy | 09/23/16 | J | | |
| 41. Sector SPDR Consumers STPL (XLP) STP (IRA #1) | A | Dividend | J | T | Buy | 02/09/16 | J | | |
| 42. | | | | | Sold (part) | 06/22/16 | J | A | |
| 43. | | | | | Buy | 09/23/16 | J | | |
| 44. Sector SPDR Energy (XLE) (IRA #1) | A | Dividend | J | T | Buy | 02/09/16 | J | | |
| 45. | | | | | Sold (part) | 02/16/16 | J | A | |
| 46. | | | | | Sold (part) | 05/18/16 | J | A | |
| 47. | | | | | Sold (part) | 06/22/16 | J | A | |
| 48. | | | | | Buy | 09/23/16 | J | | |
| 49. Sector SPDR Indusrial (XLI) (IRA #1) | A | Dividend | J | T | Buy | 02/09/16 | J | | |
| 50. | | | | | Buy | 02/16/16 | J | | |
| 51. | | | | | Sold (part) | 05/18/16 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MOLLWAY, SUSAN O. | 12/14/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | | | | | Sold (part) | 06/22/16 | J | | |
| 53.  Sector SPDR Utilities (XLU) (IRA #1) | A | Dividend | J | T | Buy | 02/09/16 | J | | |
| 54. | | | | | Sold (part) | 06/22/16 | J | A | |
| 55.  SPDR Barclays (IRA #1) | A | Dividend | | | Buy | 02/09/16 | J | | |
| 56. | | | | | Sold (part) | 05/18/16 | J | A | |
| 57. | | | | | Sold | 06/22/16 | J | A | |
| 58.  SPDR Insurance (IRA #1) | A | Dividend | J | T | Buy | 05/18/16 | J | | |
| 59. | | | | | Sold (part) | 05/18/16 | J | A | |
| 60.  Vaneck Vectors J.P. Morgan EM Local Currency (EMLC) (IRA #1) | A | Dividend | J | T | Buy | 05/02/16 | J | | |
| 61. | | | | | Buy | 05/18/16 | J | | |
| 62. | | | | | Buy | 06/22/16 | J | | |
| 63.  Vanguard Financials ETF (VFH) (IRA #1) | A | Dividend | J | T | Buy | 02/09/16 | J | | |
| 64. | | | | | Sold (part) | 05/18/16 | J | A | |
| 65. | | | | | Sold (part) | 06/22/16 | J | A | |
| 66. | | | | | Sold (part) | 09/23/16 | J | A | |
| 67.  Vanguard Information Tech ETF (VGT) (IRA #1) | A | Dividend | J | T | Buy | 02/09/16 | J | | |
| 68. | | | | | Sold (part) | 05/18/16 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MOLLWAY, SUSAN O. | 12/14/2017 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | | | | | Sold (part) | 06/22/16 | J | A | |
| 70. | | | | | Sold (part) | 09/23/16 | J | A | |
| 71. Vanguard Intermediate Term Bond ETF (BIV) (IRA #1) | A | Dividend | J | T | Buy | 02/09/16 | J | | |
| 72. | | | | | Buy | 05/18/16 | J | | |
| 73. | | | | | Buy | 06/22/16 | J | | |
| 74. | | | | | Buy | 09/23/16 | J | | |
| 75. Vanguard Short-Term Bond (BSV) (IRA #1) | A | Dividend | J | T | Buy | 02/09/16 | J | | |
| 76. | | | | | Buy | 05/18/16 | J | | |
| 77. | | | | | Sold (part) | 06/22/16 | J | A | |
| 78. Vanguard Telecomm Services ETF (VDX) (IRA #1) | A | Dividend | J | T | Buy | 02/09/16 | J | | |
| 79. | | | | | Sold (part) | 06/22/16 | J | A | |
| 80. Advisory Research (Main IRA) | A | Dividend | | | Sold | 02/09/16 | J | A | |
| 81. Blackrock Energy (Main IRA) | A | Dividend | | | Sold | 02/09/16 | J | A | |
| 82. Blackrock Equity (Main IRA) | A | Dividend | | | Sold | 02/09/16 | K | C | |
| 83. Blackrock Citibank Global (Main IRA) | A | Dividend | | | Sold | 02/09/16 | K | A | |
| 84. Blackrock Global Long (Main IRA) | A | Dividend | | | Sold | 02/09/16 | K | A | |
| 85. | | | | | Buy | 02/09/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MOLLWAY, SUSAN O. | 12/14/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | | | | | Buy | 05/11/16 | J | | |
| 87. | | | | | Buy | 08/10/16 | J | | |
| 88. | | | | | Sold (part) | 06/01/16 | J | A | |
| 89. | | | | | Sold | 10/17/16 | J | A | |
| 90. Loomis Sayles (Main IRA) | A | Dividend | | | Sold | 02/09/16 | J | A | |
| 91. Sunamerica Focused (Main IRA) | A | Dividend | | | Sold | 02/09/16 | K | A | |
| 92. Touchstone Strategic (Main IRA) | A | Dividend | | | Sold | 02/09/16 | J | A | |
| 93. Transparent Value (Main IRA) | A | Distribution | | | Sold | 02/09/16 | J | A | |
| 94. MFS Utilities (Main IRA) | A | Dividend | | | Sold | 02/09/16 | K | B | |
| 95. PIMCO Real Return (Main IRA) | A | Dividend | | | Sold | 02/09/16 | K | A | |
| 96. Putnam Absolute Return (Main IRA) | A | Dividend | | | Sold | 02/09/16 | K | A | |
| 97. Wisdomtree Global (Main IRA) | A | Dividend | | | Sold | 02/09/16 | J | A | |
| 98. Wisdomtree (Emergine) (Main IRA) | A | Dividend | | | Sold | 02/09/16 | J | A | |
| 99. Zacks Multiopp (Main IRA) | A | Dividend | | | Sold | 02/09/16 | K | D | |
| 100. BOA Cash Account (Main IRA) | A | Dividend | J | T | | | | | |
| 101. Alps Alerian MLP ETF (AMLP) (Main IRA) | A | Dividend | | | Buy | 02/09/16 | J | | |
| 102. | | | | | Sold (part) | 05/11/16 | J | B | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MOLLWAY, SUSAN O. | 12/14/2017 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. | | | | | Sold (part) | 06/01/16 | J | C | |
| 104. | | | | | Buy | 08/10/16 | J | | |
| 105. | | | | | Sold | 10/17/16 | J | B | |
| 106. Arbitrage Funds CL I (ARBNX) (Main IRA) | A | Dividend | | | Buy | 02/09/16 | J | | |
| 107. | | | | | Buy | 05/11/16 | J | | |
| 108. | | | | | Sold (part) | 06/01/16 | J | A | |
| 109. | | | | | Buy | 08/10/16 | J | | |
| 110. | | | | | Sold | 10/17/16 | J | A | |
| 111. Blackrock Hi Yld (Main IRA) | A | Dividend | | | Buy | 05/11/16 | J | | |
| 112. | | | | | Sold (part) | 06/01/16 | J | A | |
| 113. | | | | | Sold (part) | 10/17/16 | J | A | |
| 114. | | | | | Sold | 10/17/16 | J | A | |
| 115. Blackstone Alt Multi- Strategy Mutual Fund Class I (BXMIX)( (Main IRA) | A | Dividend | | | Buy | 06/01/16 | J | | |
| 116. | | | | | Buy | 8/10/16 | J | | |
| 117. | | | | | Sold | 10/17/16 | K | A | |
| 118. Consumer Discretionary SPDR (XLY) (Main IRA) | A | Dividend | J | T | Buy | 10/17/16 | J | | |
| 119. Deutsche X-Trackers MSCI EAFE Hedged Equity ETF (Main IRA) | A | Dividend | | | Buy | 02/09/16 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MOLLWAY, SUSAN O. | 12/14/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. | | | | | Sold (part) | 05/11/16 | J | A | |
| 121. | | | | | Sold (part) | 06/01/16 | J | A | |
| 122. | | | | | Buy | 08/10/16 | J | | |
| 123. | | | | | Sold | 10/17/16 | J | A | |
| 124. Doubleline Total Return Bond Fund CL I (DBL TX) (Main IRA) | A | Dividend | | | Buy | 02/09/16 | K | | |
| 125. | | | | | Buy | 05/11/16 | J | | |
| 126. | | | | | Sold (part) | 06/01/16 | J | A | |
| 127. | | | | | Buy | 08/10/16 | J | | |
| 128. | | | | | Sold | 10/17/16 | J | A | |
| 129. Health Care Select SPDR (XLV) (Main IRA) | A | Dividend | J | T | Buy | 10/17/16 | J | | |
| 130. Invesco Balanced Risk Allocation FD CL Y (Main IRA) | A | Dividend | | | Buy | 02/09/16 | K | | |
| 131. | | | | | Buy | 05/11/16 | J | | |
| 132. | | | | | Sold (part) | 06/01/16 | J | A | |
| 133. | | | | | Sold (part) | 08/10/16 | J | A | |
| 134. | | | | | Sold | 10/17/16 | J | B | |
| 135. Ishares Inc. Core MSCI Emerging Markets ETF (IEMG) (Main IRA) | A | Dividend | J | T | Buy | 06/01/16 | J | | |
| 136. | | | | | Buy | 08/10/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MOLLWAY, SUSAN O. | 12/14/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. | | | | | Buy | 10/17/16 | J | | |
| 138. | | | | | Sold (part) | 10/17/16 | J | A | |
| 139. Ishares Edge MSCI (Min. Vol. EAFE ETF) (Main IRA) | A | Dividend | | | Buy | 06/01/16 | J | | |
| 140. | | | | | Sold (part) | 06/01/16 | J | | |
| 141. | | | | | Buy | 08/10/16 | J | | |
| 142. | | | | | Sold (part) | 08/10/16 | J | A | |
| 143. | | | | | Sold | 10/17/16 | J | A | |
| 144. Ishares Floating Rate Bond ETF (Main IRA) | A | Dividend | | | Buy | 02/09/16 | J | | |
| 145. | | | | | Buy | 05/11/16 | J | | |
| 146. | | | | | Sold (part) | 06/01/16 | J | A | |
| 147. | | | | | Buy | 08/10/16 | J | | |
| 148. | | | | | Sold | 10/17/16 | J | A | |
| 149. Ishares Gold TR (Main IRA) | A | Dividend | | | Buy | 02/09/16 | J | | |
| 150. | | | | | Buy | 05/11/16 | J | | |
| 151. | | | | | Buy | 06/01/16 | J | | |
| 152. | | | | | Sold (part) | 08/10/16 | J | A | |
| 153. | | | | | Sold | 10/17/16 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MOLLWAY, SUSAN O. | 12/14/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. Ishares Iboxx $ High Yield (HYG) (Main IRA) | A | Dividend | J | T | Buy | 10/17/16 | J | | |
| 155. Ishares MBS ETF (MBB) (Main IRA) | A | Dividend | J | T | Buy | 10/17/16 | J | | |
| 156. Ishares MSCI EAFE (EFA) (Main IRA) | A | Dividend | J | T | Buy | 10/17/16 | J | | |
| 157. Ishares MSCI USA (Main IRA) | A | Dividend | | | Buy | 02/09/16 | J | | |
| 158. | | | | | Sold | 05/11/16 | J | A | |
| 159. Ishares 3-7 Year Treasury Bond ETF (IEI) (Main IRA) | A | Dividend | J | T | Buy | 10/17/16 | J | | |
| 160. Ishares Tips Bond ETF (TIP) (Main IRA) | A | Dividend | J | T | Buy | 10/17/16 | J | | |
| 161. Ishares TR Russell 2000 (Main IRA) | A | Dividend | | | Buy | 02/09/16 | J | | |
| 162. | | | | | Sold (part) | 05/11/16 | J | A | |
| 163. | | | | | Sold (part) | 06/01/16 | J | A | |
| 164. | | | | | Sold | 10/17/16 | J | A | |
| 165. Ishares Trust SHS Ishare (Vol. EM ETF) (Main IRA) | A | Dividend | | | Buy | 02/09/16 | J | | |
| 166. | | | | | Sold | 06/01/16 | J | A | |
| 167. JP Morgan Core Bond Fund FD CL SEL (Main IRA) | A | Dividend | | | Buy | 02/09/16 | J | | |
| 168. | | | | | Buy | 05/11/16 | J | | |
| 169. | | | | | Sold (part) | 06/01/16 | J | A | |
| 170. | | | | | Buy | 08/10/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MOLLWAY, SUSAN O. | 12/14/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. | | | | | Sold | 10/17/16 | J | A | |
| 172. Materials Select Sector SPDR Fund (XLB) (Main IRA) | A | Dividend | J | T | Buy | 10/17/16 | J | | |
| 173. Merger Fund CL Inv (Main IRA) | A | Dividend | | | Buy | 02/09/16 | J | | |
| 174. | | | | | Buy | 05/11/16 | J | | |
| 175. | | | | | Sold (part) | 06/01/16 | J | A | |
| 176. | | | | | Buy | 08/10/16 | J | | |
| 177. | | | | | Sold | 10/17/16 | J | A | |
| 178. Powershares EM Sovereign Bond USD ETF (PCY) (Main IRA)(Note Part VIII) | A | Dividend | J | T | Buy | 10/17/16 | J | | |
| 179. Powershares Preferred (PGX) (Main IRA) | A | Dividend | J | T | Buy | 10/17/16 | J | | |
| 180. Prinicpal Global Real Estate Securities FD P (Main IRA) | A | Dividend | | | Buy | 02/09/16 | J | | |
| 181. | | | | | Sold (part) | 05/11/16 | J | A | |
| 182. | | | | | Sold (part) | 06/01/16 | J | A | |
| 183. | | | | | Sold (part) | 08/10/16 | J | A | |
| 184. | | | | | Sold | 10/17/16 | J | A | |
| 185. Prudential Short-Term (Main IRA) | A | Dividend | | | Buy | 06/01/16 | J | | |
| 186. | | | | | Sold (part) | 08/10/16 | J | A | |
| 187. | | | | | Sold | 10/17/16 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MOLLWAY, SUSAN O. | 12/14/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐    NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. Putnam Abs. (Main IRA) | A | Dividend | K | T | Buy | 02/09/16 | K | | |
| 189. Putnam Capital Spectrum Fund CL Y (Main IRA) | A | Dividend | | | Buy | 02/09/16 | J | | |
| 190. | | | | | Sold (part) | 05/11/16 | J | A | |
| 191. | | | | | Sold | 06/01/16 | J | B | |
| 192. Real Estate Select Sector SPDR FD SHS (XLRE) (Main IRA) | A | Dividend | J | T | Buy | 10/17/16 | J | | |
| 193. Sector SPDR Consumeers STPL (XLP) (Main IRA) | A | Dividend | J | T | Buy | 10/17/16 | J | | |
| 194. Sector SPDR Energy (XLE) (Main IRA) | A | Dividend | J | T | Buy | 10/17/16 | J | | |
| 195. Sector SPDR Industrial (XLI) (Main IRA) | A | Dividend | J | T | Buy | 10/17/16 | J | | |
| 196. Sector SPDR Utilities (XLU) (Main IRA) | A | Dividend | J | T | Buy | 10/17/16 | J | | |
| 197. SPDR Barclay 1-3 (Main IRA) | A | Dividend | | | Buy | 06/01/16 | J | | |
| 198. | | | | | Buy | 08/10/16 | J | | |
| 199. | | | | | Sold | 10/17/16 | J | A | |
| 200. SPDR S&P Ins. ETF (KIE) (Main IRA) | A | Dividend | J | T | Buy | 10/17/16 | J | | |
| 201. TCW Emerging Markets Income I Share (Main IRA) | A | Dividend | J | T | Buy | 02/09/16 | J | | |
| 202. | | | | | Sold (part) | 05/11/16 | J | A | |
| 203. | | | | | Sold (part) | 06/01/16 | J | A | |
| 204. | | | | | Sold (part) | 08/10/16 | J | A | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT

Page 16 of 20

**Name of Person Reporting**

MOLLWAY, SUSAN O.

**Date of Report**

12/14/2017

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. | | | | | Sold (part) | 10/17/16 | J | A | |
| 206. Templeton Global Bond FD Adv CL (Main IRA) | A | Dividend | | | Buy | 02/09/16 | J | | |
| 207. | | | | | Buy | 05/11/16 | J | | |
| 208. | | | | | Sold | 06/01/16 | J | A | |
| 209. Vaneck Vectors J.P. Morgan EM Local Currency Bond (EMLC) (Main IRA) | A | Dividend | J | T | Buy | 10/17/16 | J | | |
| 210. Vanguard Dividend Appreciation ETF (Main IRA) | A | Dividend | | | Buy | 02/09/16 | J | | |
| 211. | | | | | Sold (part) | 05/11/16 | J | A | |
| 212. | | | | | Sold (part) | 06/01/16 | J | A | |
| 213. | | | | | Sold (part) | 08/10/16 | J | A | |
| 214. | | | | | Sold | 10/17/16 | J | A | |
| 215. Vanguard Financials ETF (VFH) | A | Dividend | J | T | Buy | 10/17/16 | J | | |
| 216. Vanguard Growth ETF (Main IRA) | A | Dividend | | | Buy | 02/09/16 | J | | |
| 217. | | | | | Sold (part) | 05/11/16 | J | A | |
| 218. | | | | | Sold | 06/10/16 | J | A | |
| 219. Vanguard Information Tech ETF (VGT) (Main IRA) | A | Dividend | K | T | Buy | 10/17/16 | K | | |
| 220. Vanguard Intermediate Term Bond ETF (BIV) (Main IRA) | A | Dividend | K | T | Buy | 10/17/16 | K | | |
| 221. Vanguard Mid-Cap (Main IRA) | A | Dividend | | | Buy | 02/09/16 | J | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MOLLWAY, SUSAN O. | 12/14/2017 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222. | | | | | Sold (part) | 05/11/16 | J | A | |
| 223. | | | | | Sold (part) | 06/10/16 | J | A | |
| 224. | | | | | Sold | 10/17/16 | J | B | |
| 225. Vanguard REIT ETF (Main IRA) | A | Dividend | | | Buy | 02/09/16 | J | | |
| 226. | | | | | Sold (part) | 05/11/16 | J | A | |
| 227. | | | | | Sold (part) | 08/10/16 | J | A | |
| 228. | | | | | Sold | 10/17/16 | J | B | |
| 229. Vanguard Short-Term Bond (BSV) (Main IRA) | A | Dividend | J | T | Buy | 10/17/16 | J | | |
| 230. Vanguard Telecomm Services ETF (VDX) (Main IRA) | A | Dividend | J | T | Buy | 10/17/16 | J | | |
| 231. Vanguard Tot. Intern. (Main IRA) | A | Dividend | | | Buy | 02/09/16 | J | | |
| 232. | | | | | Buy | 05/11/16 | J | | |
| 233. | | | | | Sold (part) | 06/01/16 | J | A | |
| 234. | | | | | Sold | 10/17/16 | J | A | |
| 235. Western Asset Core (Main IRA) | A | Dividend | | | Buy | 02/09/16 | J | | |
| 236. | | | | | Buy | 05/11/16 | J | | |
| 237. | | | | | Sold (part) | 06/01/16 | J | A | |
| 238. | | | | | Buy | 08/10/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 239. | | | | | Sold | 10/17/16 | J | A | |
| 240. William Blair International Small Cap Growth Fd CLI (WISIX) (Main IRA) | A | Dividend | | | Buy | 02/09/16 | J | | (Note Part VIII) |
| 241. | | | | | Sold (part) | 05/11/16 | J | A | |
| 242. | | | | | Sold (part) | 06/01/16 | J | A | |
| 243. | | | | | Buy | 08/10/16 | J | | |
| 244. | | | | | Sold | 10/17/16 | J | A | |
| 245. | | | | | | | | | |
| 246. | | | | | | | | | |
| 247. | | | | | | | | | |
| 248. | | | | | | | | | |
| 249. | | | | | | | | | |
| 250. | | | | | | | | | |
| 251. | | | | | | | | | |
| 252. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MOLLWAY, SUSAN O. | 12/14/2017 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII, Line 2: The correct name of the asset was a Columbia (not "Columbus") Life Insurance policy. This asset should have been removed from my disclosure when I got divorced in February 2006. My ex-husband was the sole beneficiary of this whole life policy (the policy was on      life). My ex-husband cashed in the policy after we got divorced, which I only learned in preparing this amended disclosure in response to questions from the Committee on Financial Disclosure. He was uncertain of the date he cashed in the policy, but it was before 2016.

Part VII, Line 20: On the earlier 2016 disclosure, Ishares MBS ETF was mistakenly listed twice for IRA #1. The duplicate listing (original line 23) has been deleted.

Part VII, Lines 36 and 178: Powershares Global Exchange Traded FD TR and Powershares EM Sovereign Bond USD ETF have the same Merrill Lynch symbol (PCY), so appear to be the same fund.

Part VII, Line 240: The asset listed on the original 2016 disclosure (original Line 240) as "William Blair" has been listed with a more complete name. This is a mutual fund, not a brokerage account or managed account.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ SUSAN O. MOLLWAY**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544